Report: CZR0026

22ND JUDICIAL CIRCUIT
CITY OF ST. LOUIS
CIRCUIT COURT DOCKET SHEET

Date:    12-Jun-2014
Time:    2:17:45PM
Page:    1

## 1322-CC10083    ARTHUR WEINERS V. TARGET CORPORATION

**Security Level: 1 Public**

| | | | |
|---|---|---|---|
| **Case Type:** | CC Pers Injury-Other | **Case Filing Date:** | 05-Dec-2013 |
| **Status:** | Pet Filed in Circuit Ct | | |
| **Disposition:** | | **Disposition Date:** | |

**Release/Status Reason Change Date**

| | |
|---|---|
| Judge | PHILIP  HEAGNEY (27434) |
| Plaintiff | **ARTHUR  WEINERS (WEIA\*9168)** |
| Attorney for Plaintiff | IRWIN M ROITMAN(28219) |
| Defendant | **TARGET CORPORATION (TARGET120)** |
| Attorney for Defendant | JOHN A MICHENER(22509) |
| Co-Counsel for the Defendant | BRIAN RICHARD SHANK(59955) |

| Filing Date | Description |
|---|---|
| 12-Jun-2014 | **Judge/Clerk - Note**<br>Entire File certified for Brian Shank |
| 01-May-2014 | **Order**<br>DEFENDANT TARGET'S MOTION TO COMPEL IS CALLED AND GRANTED BY CONSENT OF PLAINTIFF. PLAINTIFF TO ANSWER DISCOVERY AND PRODUCE DOCUMENTS WITHIN THIRTY (30) DAYS. SO ORDERED: JUDGE ROBERT DIERKER 23671 |
| 14-Apr-2014 | **Notice of Hearing Filed**<br>Notice of Hearing; Electronic Filing Certificate of Service.<br>**Filed By:**  JOHN A MICHENER<br>**Filed By:** TARGET CORPORATION<br><br>**Motion to Compel**<br>Motion to Compel; Electronic Filing Certificate of Service.<br>**Filed By:**  JOHN A MICHENER<br>**Filed By:** TARGET CORPORATION |
| 06-Feb-2014 | **Cert Serv of Interrog Filed**<br>Certificate of Service - Target discovery to Plaintiff; Electronic Filing Certificate of Service.<br>**Filed By:**  JOHN A MICHENER<br>**Filed By:** TARGET CORPORATION<br><br>**Answer Filed**<br>Target Answer to Petition; Electronic Filing Certificate of Service.<br>**Filed By:**  JOHN A MICHENER<br>**Filed By:** TARGET CORPORATION<br><br>**Entry of Appearance Filed**<br>Entry of Appearance - E&D for Target; Electronic Filing Certificate of Service.<br>**Filed By:**  JOHN A MICHENER<br>**Filed By:** TARGET CORPORATION |
| 31-Jan-2014 | **Corporation Served**<br>Document ID - 14-SMCC-970;  Served To - TARGET CORPORATION;  Server - ;  Served Date - 31-JAN-14;  Served Time - 00:00:00;   Service Type - Sheriff Department;   Reason Description - Served |

Report: CZR0026

22ND JUDICIAL CIRCUIT
CITY OF ST. LOUIS
CIRCUIT COURT DOCKET SHEET

Date:    12-Jun-2014
Time:    2:17:45PM
Page:    2

Case continued from previous page.

| 1322-CC10083 | ARTHUR WEINERS V. TARGET CORPORATION | Security Level: 1 Public |
|---|---|---|

27-Jan-2014 **Alias Summons Issued**
Document ID: 14-SMCC-970, for TARGET CORPORATION.
**Service/Attempt Date: 31-Jan-2014**

24-Jan-2014 **Alias Summons Requested**
alias summons request.
**Filed By:  IRWIN M ROITMAN**

17-Dec-2013 **Jury Trial Scheduled**
**Scheduled For:** 28-Jul-2014; 9:00 AM; PHILIP  HEAGNEY; **Setting:** 0; City of St. Louis

10-Dec-2013 **Alias Summons Issued**
Document ID: 13-SMCC-23315, for TARGET CORPORATION.

06-Dec-2013 **Note to Clerk eFiling**
**Filed By:  IRWIN M ROITMAN**

**Alias Summons Requested**
Service Memorandum.
**Filed By:  IRWIN M ROITMAN**
**Filed By: ARTHUR  WEINERS**

**Judge/Clerk - Note**
summons not issued due to attorney failed to provide address for service on defendant

05-Dec-2013 **Filing Info Sheet eFiling**
**Filed By:  IRWIN M ROITMAN**

**Pet Filed in Circuit Ct**
PETITION PERSONAL INJURY.
**Filed By:  IRWIN M ROITMAN**
**Filed By: ARTHUR  WEINERS**

**Judge Assigned**

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
### (CITY OF ST. LOUIS)

Arthur Werners

VS

Target Corporation

CASE NO. *1322-cc10083* DIVISION *18*

**FILED**

MAY 0 1 2014

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

**ENTERED**

MAY 1 2014

**SR**

---

## ORDER/JUDGMENT/MEMORANDUM

---

Defendant Target's Motion to Compel is called and granted by consent of plaintiff. Plaintiff to ~~pro~~ answer discovery + produce documents within thirty (30) days.

So ordered!

Irwin M. Roitman

28249

BirdLowHall piper

SAC glomn. Net

59955

for a Target  552-4051

FORM 14 (Rev 11/02)

Electronically Filed - City of St. Louis - April 14, 2014 - 02:24 PM

**IN THE CIRCUIT COURT
FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI**

ARTHUR WEINERS,          )
                         )
     Plaintiff,         )
                         )
v.                       )     Cause No. 1322-CC10083
                         )
TARGET CORPORATION,     )     Division No.: 1
                         )
     Defendant.      )

## <u>NOTICE OF HEARING</u>

TO: Mr. Irwin Roitman
     222 South Central Avenue, Suite 207
     St. Louis, Missouri 63105

     **YOU ARE HEREBY NOTIFIED** that defendant Target Corporation will call up for hearing its Motion to Compel at 9:00 a.m. on Thursday, the 1st day of May, 2014, in the Circuit Court For the City of St. Louis, Division 18, or as soon thereafter as counsel may be heard.

                         Respectfully submitted,
                         **EVANS & DIXON, L.L.C.**

                         John A. Michener, (#22509)
                         Brian R. Shank (#59955)
                         Attorneys for Defendant Target
                         211 North Broadway, Suite 2500
                         St. Louis, MO 63102
                         Telephone: 314-552-4022
                         Fax: 314-884-4422
                         jmichener@evans-dixon.com
                         bshank@evans-dixon.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this instrument was provided by electronic filing and/or emailed on this ___ day of April, 2014, to: Mr. Irwin M. Roitman (berlinwallpaper@sbcglobal.net), Irwin M. Roitman, LLC, 8008 Carondelet Avenue, St. Louis, Missouri 63105, attorneys for plaintiff.

2859940

IN THE CIRCUIT COURT
FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

ARTHUR WEINERS,          )
                            )
     Plaintiff,          )
                            )
v.                       )     Cause No. 1322-CC10083
                            )
TARGET CORPORATION,   )     Division No.: 1
                            )
     Defendant.       )

## MOTION TO COMPEL

Comes now defendant Target Corporation, and hereby moves this court to compel plaintiff to respond to interrogatories and document requests. As grounds in support of this motion, defendant states as follows:

1.     That it previously propounded interrogatories and document requests to plaintiff on or about February 6, 2014.

2.     That defendant has received no responses.

3.     That defendant has need of these responses in order to defend the case and prepare for trial.

4.     That defendant has reminded plaintiff's counsel of this discovery, and requested responses. See letter attached as Exhibit A.

WHEREFORE, defendant prays that plaintiff be compelled to promptly and fully answer interrogatories; to file a formal response to defendant's document requests; to produce the documents requested; and for such other relief as the court may deem appropriate.

Respectfully submitted,
**EVANS & DIXON, L.L.C.**

John A. Michener, (#22509)
Brian R. Shank (#59955)
Attorneys for Defendant Target
211 North Broadway, Suite 2500
St. Louis, MO 63102
Telephone: 314-552-4022
Fax: 314-884-4422
jmichener@evans-dixon.com
bshank@evans-dixon.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this instrument was provided by electronic filing and/or emailed on this _14_ day of April, 2014, to: Mr. Irwin M. Roitman (berlinwallpaper@sbcglobal.net), Irwin M. Roitman, LLC, 8008 Carondelet Avenue, St. Louis, Missouri 63105, attorneys for plaintiff.

2859588

# EVANS & DIXON LLC

## ATTORNEYS AT LAW

Metropolitan Square I 211 North Broadway, Suite 2500 I St. Louis, Missouri 63102
(314) 621-7755 I Fax (314) 621-3136

**John A. Michener**
**Civil Litigation**
**Direct Phone: 314-552-4022**
**Direct Fax: 314-884-4422**
**jmichener@evans-dixon.com**

April 14, 2014

Mr. Irwin Roitman
Attorney at Law
8008 Carondelet Avenue
St. Louis, Missouri 63105

### RE: *Arthur Weiners v. Target Corporation*

Dear Irwin:

We had sent you interrogatories and document requests back on February 4th. I don't believe they have been answered. Could you please respond promptly?

Very truly yours,

John A. Michener

JAM:mm\2869584



**EXHIBIT**

A

**IN THE CIRCUIT COURT**
**FOR THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

ARTHUR WEINERS,               )
                              )
    Plaintiff,              )
                              )
v.                            )      Cause No. 1322-CC10083
                              )
TARGET CORPORATION,           )      Division No.: 1
                              )
    Defendant.              )

## CERTIFICATE OF SERVICE

Comes now defendant and hereby certifies that one paper copy of defendant's

First Set of Interrogatories to Plaintiff and defendant's First Request for Production

Directed to Plaintiff were emailed and mailed first class postage prepaid, on this 6

day of February, 2014, to: Mr. Irwin M. Roitman (berlinwallpaper@sbcglobal.net), 8008

Carondelet Avenue, St. Louis, Missouri 63105, attorney for plaintiff.

Respectfully submitted,
**EVANS & DIXON, L.L.C.**

John A. Michener, (#22509)
Brian R. Shank (#59955)
211 North Broadway, Suite 2500
St. Louis, MO 63102
Telephone: 314-552-4022
Fax: 314-884-4422
jmichener@evans-dixon.com
bshank@evans-dixon.com

Electronically Filed - City of St. Louis - February 06, 2014 - 03:34 PM

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this instrument was provided by electronic filing and/or emailed on this __6__ day of February, 2014, to: Mr. Irwin M. Roitman (berlinwallpaper@sbcglobal.net), Irwin M. Roitman, LLC, 8008 Carondelet Avenue, St. Louis, Missouri 63105, attorneys for plaintiff.

2126184

2

IN THE CIRCUIT COURT
FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

ARTHUR WEINERS,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )      Cause No. 1322-CC10083
                                         )
TARGET CORPORATION,                      )      Division No.:  1
                                         )
            Defendant.                   )

## ANSWER

Comes now defendant, and for its answer to plaintiff's petition, states as follows:

1.      Defendant is without sufficient knowledge or information to form a belief as to the allegations of paragraph 1,  and those allegations are therefore denied.

2.      Defendant admits the allegations contained in paragraph 2.

3.      Defendant admits that it operates a store at or near Hampton Village in St. Louis, Missouri, but otherwise denies the allegations of paragraph 3.

4.      Defendant is without sufficient knowledge or information to form a belief as to the allegations of paragraph 4,  and those allegations are therefore denied.

5.      Defendant denies the allegations contained in paragraph 5.

6.      Defendant denies the allegations contained in paragraph 6.

7.      Defendant denies the allegations contained in paragraph 7.

8.      Defendant denies the allegations contained in paragraph 8.

9.      Defendant denies the allegations contained in paragraph 9.

10.     Defendant denies the allegations contained in paragraph 10.

11.     For its defense, defendant states that any injuries or damages plaintiff may have sustained were caused by his own negligence or fault contributing directly thereto.  If any verdict is entered against Target, then the jury should also assess a percentage of fault to plaintiff, and any verdict should be reduced accordingly.

12.     For its further defense, defendant states that if there is any verdict against it, but it is assessed less than 51% of the total fault, then it is only liable for its assessed percentage of fault, pursuant to Missouri Revised Statutes 537.067.

13.     For its further defense, defendant states that if plaintiff has received money or other compensation from or on behalf of any person or entity liable or who may be claimed to be liable for plaintiff's injuries or damages arising from the incident mentioned in plaintiff's petition, defendant is entitled to a credit and set-off in the amount of that payment or the amount the person or entity agreed to pay, against any verdict or judgment that may be entered against it, pursuant to Missouri Revised Statutes 537.060.

14.     For its further defense, defendant states that plaintiff has failed to mitigate his damages.

WHEREFORE, defendant prays to be dismissed hence, together with its proper costs, and for such other relief as the court may deem appropriate.

Respectfully submitted,

**EVANS & DIXON, L.L.C.**

John A. Michener, (#22509)
Brian R. Shank  (#59955)
Attorneys for Defendant Target
211 North Broadway, Suite 2500
St. Louis, MO  63102
Telephone:  314-552-4022
Fax:  314-884-4422
jmichener@evans-dixon.com
bshank@evans-dixon.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this instrument was provided by electronic filing and/or emailed on this _6_ day of February, 2014, to: Mr. Irwin M. Roitman (berlinwallpaper@sbcglobal.net), Irwin M. Roitman, LLC, 8008 Carondelet Avenue, St. Louis, Missouri  63105, attorneys for plaintiff.

2826154

3

Electronically Filed - City of St. Louis - February 06, 2014 - 03:30 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

ARTHUR WEINERS,         )
                          )
      Plaintiff,         )
                          )
vs.                   )     Case No.1322-CC10083
                          )
TARGET CORPORATION,    )
                          )
      Defendant.     )

## ENTRY OF APPEARANCE

COME NOW Evans & Dixon, LLC, John A. Michener, and Brian R. Shank, and

hereby enter their appearance as attorneys on behalf of Defendant Target Corporation.

Respectfully submitted,
**EVANS & DIXON, L.L.C.**

John A. Michener, (#22509)
Brian R. Shank (#59955)
Attorneys for Defendant
211 North Broadway, Suite 2500
St. Louis, MO 63102
Phone: 314-552-4022
Fax: 314-884-4422
jmichener@evans-dixon.com
bshank@evans-dixon.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this instrument was provided by
electronic filing and/or emailed on this __6__ day of February, 2014, to: Mr. Irwin M.
Roitman (berlinwallpaper@sbcglobal.net), Irwin M. Roitman, LLC, 8008 Carondelet
Avenue, St. Louis, Missouri 63105, attorneys for plaintiff.

2120167



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

*SB*
*2/26*

| | |
|---|---|
| Judge or Division:<br>PHILIP HEAGNEY | Case Number: 1322-CC10083 |
| Plaintiff/Petitioner:<br>ARTHUR WEINERS | Plaintiff's/Petitioner's Attorney/Address<br>IRWIN M ROITMAN<br>8008 CARONDELET<br>SUITE 112 *28219*<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## ALIAS     Summons in Civil Case

The State of Missouri to: TARGET CORPORATION
Alias:

CT CORPORATION SYSTEMS
120 SOUTH CENTRAL AVE STE 400
CLAYTON, MO 63105

*30 CT CORP*

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CITY OF ST LOUIS**

January 27, 2014
Date

M. Jane Schweitzer
Circuit Clerk

JAN 29 2014

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

Must be sworn before the clerk of the court or an authorized officer.

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date _____ Notary Public

*I hereby certify that on this date in St. Louis County, at 120 S. Central Ave., I served a copy of the within on the defendant named by delivering a copy to CT CORP. THE CORP. CO., the registered agent of the defendant, by leaving copy with B. Love, E. King, LCW – M. SAFFELL*

*by _____*
*Sheriff, St. Louis County, Deputy Sheriff*

(Seal)

### Sheriff's Fees, if applicable

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

*14-SMCC-1022*

*GTP*
*1/29/14*



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>PHILIP HEAGNEY | Case Number: 1322-CC10083 |
|---|---|
| Plaintiff/Petitioner:<br>ARTHUR WEINERS | Plaintiff's/Petitioner's Attorney/Address<br>IRWIN M ROITMAN<br>8008 CARONDELET<br>SUITE 112<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## ALIAS    Summons in Civil Case

**The State of Missouri to:  TARGET CORPORATION**
Alias:

CT CORPORATION SYSTEMS
120 SOUTH CENTRAL AVE STE 400
CLAYTON, MO 63105



*COURT SEAL OF*

*CITY OF ST LOUIS*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of
which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the
above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to
file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 27, 2014
Date

*M Jane Schweitzer*

M. Jane Schweitzer
Circuit Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis, MO, on _____ (date) at _____ (time).

_____                    _____
   Printed Name of Sheriff or Server                         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____           _____
                                                 Date                                Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ ._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of
suits, see Supreme Court Rule 54.

# CIRCUIT COURT OF THE CITY OF ST. LOUIS
# STATE OF MISSOURI

| | | |
|---|---|---|
| Arthur Weiners, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | 1322-CC10083 |
| | ) | |
| Target Corporation, | ) | |
| Defendant. | ) | |

## Service Memorandum

Comes now Plaintiff, Arthur Weiners, by and through his attorney, and requests alias summons to issue on Registered Agent of Target Corporation, CT Corporation Systems, 120 S. Central Avenue, Clayton, MO 63105 (service to be made in St. Louis County, Missouri.)

S/S Irwin M. Roitman

Irwin M. Roitman LLC
MBEN 28219
Attorney for Plaintiff
8008 Carondelet Avenue
St. Louis, MO 63105
314 863 0034  phone
863 0024 facsimile
berlinwallpaper@sbcglobal.net

1



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>PHILIP HEAGNEY | Case Number: 1322-CC10083 |
|---|---|
| Plaintiff/Petitioner:<br>ARTHUR WEINERS | Plaintiff's/Petitioner's Attorney/Address<br>IRWIN M ROITMAN<br>8008 CARONDELET<br>SUITE 112<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  TARGET CORPORATION**
                                    Alias:

CT CORPORATION SYSTEM                                            SAINT LOUIS COUNTY
120 SOUTH CENTRAL AVE STE 400
CLAYTON, MO 63105



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

December 10, 2013
Date

M. Jane Schweitzer
Circuit Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                          Date                                    Notary Public

---

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____miles @ $ ._____per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

# CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | | |
|---|---|---|
| Arthur Weiners, | ) | |
| Plaintiff, | ) | |
| Vs. | ) 1322-CC10083 | |
| | ) | |
| Target Corporation, | ) | |
| Defendant. | ) | |

## <u>SERVICE MEMORANDUM</u>

Summons to issue on Target Corporation: Registered Agent, CT Corporation System, 120 S. Central Avenue, Clayton, Missouri, 63105. (St. Louis County).

Irwin M. Roitman LLC
MBEN 28219
Attorney for Plaintiff
8008 Carondelet Avenue
St. Louis, MO 63105
314 863 0034 phone
863 0024 facsimile
berlinwallpaper@sbcglobal.net

Electronically Filed - City of St. Louis - December 05, 2013 - 05:39 PM

# CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| Arthur Weiners, | ) No. |
|         Plaintiff, | ) |
| Vs. | ) |
| | ) |
| Target Corporation, | ) |
|         Defendant. | ) |

### PETITION
### PERSONAL INJURY

Comes now Plaintiff, Arthur Weiners, by and through his attorney, and for his Petition for personal injury, states:

1. That Plaintiff at all times relevant hereto was resident of the City of St. Louis, State of Missouri.

2. That Defendant Target Corporation is a foreign corporation authorized to do business in the State of Missouri.

3. That at all times relevant herein, Defendant Target owned and operated a retail business at the Hampton Village Shopping Center within the City of St. Louis, Missouri.

4. That on December 16, 2008, Plaintiff, as an invitee of the Defendant's business, parked his car on Defendant Targets' parking lot, alighted therefrom and proceeding to the entrance of Defendant's retail store.

5. That Plaintiff, having traversed the parking lot by foot, stepped onto the curb of the sidewalk of Defendant's retail store.

6. That prior to the injury of which Plaintiff complains here, Defendant Target permitted the accumulation of ice and snow on the curb of its' parking lot.

7. That Defendant Target knew, or in the exercise of reasonable care should have known that the accumulation of ice and snow on the curb would create an unreasonable risk of injury to persons stepping from the parking lot to the

sidewalk unless the sidewalk was also cleared of ice and snow as was the parking lot.

8. That on December 16, 2008, Plaintiff walked from the parking lot to curb of the sidewalk and fell and tripped on the curb that was covered with snow and ice. That in falling, Plaintiff sustained the following injuries: scalene lumbar strain, cervical Para scapular strain; and other personal injuries to his body.

9. That Defendant Target Corporation, in failing to clear ice and snow from the curb constituted the proximate cause of Plaintiff's injuries.

10. That the above-described injuries were caused solely and proximately by Defendant Target Corporation's negligence and without any contributory negligence on the part of Plaintiff.

**WHEREFORE**, Plaintiff requests judgment against Defendant Target Corporation as follows:

1. General damages according to proof;

2. Medical and related damages according to proof;

3. Damages for lost income according to proof;

4. Costs of suit; and

5. Such other and further relief as the court deems just and proper.

Irwin M. Rojtman LLC
MBEN 28219
Attorney for Plaintiff
8008 Carondelet Avenue
St. Louis, MO 63105
314 863 0034  phone
      863 0024 facsimile
berlinwallpaper@sbcglobal.net

**STATE OF MISSOURI** )
)ss
**CITY OF ST. LOUIS** )


    I, M. JANE SCHWEITZER, Clerk of the Circuit Court within and for the City of St. Louis, State of Missouri, do hereby certify that the foregoing are true copies of original documents on files and recorded in my office for the following case
**ENTIRE FILE AND DOCKET SHEETS**

---

**St. Louis City case number 1322-CC10083**
    WITNESS my hand and SEAL of said Court this 12TH day of **JUNE , 2014 .**


M. Jane Schweitzer
**Circuit Clerk**


By:
**Deputy Clerk**



SEAL of the CIRCUIT COURT